**91–1743.** Cincinnati Bar Assn. v. Bregger. On motion for extension of time to show cause. Motion denied.

**91–1903.** State ex rel. Central States Can Co./Van Dorn Co. v. Indus. Comm. *Franklin County*, No. 90AP–1351. On request for oral argument. Request denied.

**91–2351.** Motorists Mut. Ins. Co. v. Andrews. *Sandusky County*, No. S–91–4. On motion for leave to file reply to *amicus* brief instanter. Motion granted.

**91–2476.** Case v. Norfolk & Western RR. Co. *Sandusky County*, No. S–90–24. On motions for leave to file *amicus* of Ohio Attorney General and Trial Lawyers for Public Justice. Motions granted.

RESNICK, J., not participating.

On motions for leave to proceed in *pro hac vice*. Motions granted.

RESNICK, J., not participating.

**92–190.** State ex rel. Vindicator Printing Co. v. Watkins. *Trumbull County*, No. 91–T–4555. On motions for leave to file *amicus* of Ohio Prosecuting Attorneys Association and Ohio Association of Criminal Defense Lawyers. Motions granted.

**92–218.** State ex rel. Barker v. Etheridge. In Mandamus. On motion for leave to file presentation of evidence instanter. Motion granted.

**92–282.** St. Elizabeth Hosp. Med. Ctr. v. Moliterno. *Mahoning County*, No. 89 C.A. 185. On motion for leave to file *amicus* of Ohio Department of Insurance. Motion granted.

On joint motion to vacate. Motion denied.

**92–372.** Domo v. McCarthy. *Ottawa County*, No. 90–OT–034. On motion to dismiss. Motion to dismiss overruled.

HOLMES, J., dissents.

On motion for leave to file instanter or, in the alternative, to dispense with record. Motion for leave to file instanter granted.

HOLMES, J., dissents.

**92–395.** State ex rel. Orbit Movers & Erectors, Inc. v. Indus. Comm. *Franklin County*, No. 90AP–781. On motion to dismiss or, in the alternative, for extension of time. Motions denied.

**92–465.** Krejci v. Prudential Property & Cas. Ins. Co. Certified Question of State Law, No. 91CV1545. On request for oral argument. Request denied.

MOYER, C.J., and RESNICK, J., dissent.

H. BROWN, J., not participating.

**92–484.** Petrick v. Barrett. *Cuyahoga County*, No. 63094. On motion to release from financial obligation. Motion denied.

WRIGHT, J., would dismiss.

**92–569.** State v. Hollis. *Cuyahoga County*, No. 59856. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., and RESNICK, J., dissent.

**92–816.** State v. Roehm. *Clermont County*, Nos. CA91–03–017, CA91–03–021 and CA91–03–024. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., dissents.

**92–850.** State v. Phillips. *Pickaway County*, Nos. 89–CA–32 and 89–CA–33. On motion for leave to exceed page limit. Motion denied.

H. BROWN, J., dissents.

**92–896.** State ex rel. Professional Assn. for the Training of the Mentally Retarded v. Johnson. In Prohibition. On motion for leave to intervene of Lake County Board of Mental Retardation and Developmental Disabilities. Motion granted.